UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

MARK JUDGE,                        )
            Plaintiff,             )
                                   )      No. 1:12-cv-1117
-v-                                )
                                   )      HONORABLE PAUL L. MALONEY
LANDSCAPE FORMS, INC.,             )
            Defendant.             )
_____)

## JUDGMENT

Having granted Defendant's motion for summary judgment, and having dismissed all

pending claims, as required by Rule 58 of the Federal Rules of Civil Procedure, **JUDGMENT** enters

in favor of Defendant and against Plaintiff.

**THIS ACTION IS TERMINATED.**

**IT IS SO ORDERED.**

Date:   March 6, 2014                          /s/ Paul L. Maloney
                                               Paul L. Maloney
                                               Chief United States District Judge